O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI HIGGINS, ) | CASE NO. ED CV 10-01357 RZ |
| ) Plaintiff, ) | |
| ) | JUDGMENT OF REMAND |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: September 28, 2011

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE