1   LAW OFFICES OF BILL LATOUR
2   BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
        Telephone: (909) 796-4560
4       Facsimile:  (909) 796-3402
5       E-Mail: Bill.latour@verizon.net

6
7   Attorney for Plaintiff

8               UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  LORI HIGGINS,                          )    No.  EDCV 10-1357 RZ
11                                         )
12      Plaintiff,                         )    [PROPOSED] ORDER AWARDING
                                           )    EAJA FEES
13      v.                                 )
14                                         )
    MICHAEL J. ASTRUE,                     )
15  Commissioner Of Social Security,       )
16                                         )
17      Defendant.                         )

18
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
        IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of TWO
20
    THOUSAND DOLLARS AND 00/100 ($2,000.00). subject to the terms of the
21
    stipulation.
22
        DATE:  11/14/11  _____ [signature] ___
23
                         HON. RALPH ZAREFSKY
24                       UNITED STATES MAGISTRATE JUDGE
25
26
27
28

-1-